1  Robert F. McCauley, Esq. (State Bar No. 162056)
   (Robert.McCauley@finnegan.com)
2  FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   700 Hansen Way
4  Palo Alto, California  94304
   Telephone:     (650) 849-6600
5  Facsimile:     (650) 849-6666

6  Of Counsel:

7  Roger D. Taylor, Esq.
   Esther H. Lim, Esq.
8  Joseph E. Palys, Esq.
   FINNEGAN, HENDERSON, FARABOW,
9     GARRETT & DUNNER, L.L.P.
   901 New York Avenue
10 Washington, D.C.  20001-4413
   Telephone:     (202) 408-4000
11 Facsimile:     (202) 408-4400

12

   Attorneys for Plaintiff
13 INTERVIDEO DIGITAL
   TECHNOLOGY CORPORATION
14

15
                    UNITED STATES DISTRICT COURT
16
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
17
                            OAKLAND DIVISION
18

19

20 | INTERVIDEO DIGITAL                         | CASE NO. C 05-03317 CW
   | TECHNOLOGY CORPORATION,                    |
21 |                                            | **STIPULATION TO CONTINUE
   |           Plaintiff and Counter-           | INITIAL CASE MANAGEMENT
22 |           defendant                        | CONFERENCE; SUPPORTING
   |                                            | DECLARATION; ORDER**
23 |      v.                                    |

24 DELL INC.,

25         Defendant and Counter-
           claimant.
26

27

28

                                    1                        STIPULATION
                                                        Case No. C05-03317 CW

1   With the Court's permission, the parties to this action hereby stipulate that the Initial Case
2   Management Conference ("CMC") in this action, currently scheduled for Friday, December 16,
3   2005, be continued until Friday, January 13, 2006.

4   The parties are in early discussions in this matter in an effort to streamline this litigation and
5   to avoid unnecessary efforts and expenditures, and believe that the Court and parties will benefit
6   from additional time for additional discussions prior to the CMC.  In addition, on November 15,
7   2005, Defendant Dell Inc. ("Dell") filed a motion to stay this litigation.  Dell first contacted Plaintiff
8   InterVideo Digital Technology Corporation ("InterVideo") on November 1, 2005, seeking its
9   agreement to a stay of this litigation.  InterVideo has asked for additional time to consider Dell's
10  motion to stay before filing a response, particularly in view of the upcoming holidays.  Dell would
11  like to have its motion to stay heard before the CMC or at least on the same day as the CMC.

12  For these reasons, InterVideo has requested that the CMC currently scheduled for December
13  16, 2005, be continued to January 13, 2006.  Dell does not oppose and accordingly stipulates to that
14  request.  The parties further understand and stipulate that, in the event this stipulation is granted,
15  then the various pre-CMC dates for meeting and conferring and preparing a Joint CMC Statement
16  will be correspondingly be continued as well.

17  So stipulated:

18  Dated: November 16, 2005            FINNEGAN, HENDERSON, FARABOW,
                                            GARRETT & DUNNER, L.L.P.

21                                      By:_____/s/_____
                                            ROBERT F. McCAULEY
22                                          Attorneys for Plaintiff
                                            INTERVIDEO DIGITAL TECHNOLOGY
23                                          CORPORATION

24  Dated:  November 16, 2005           WINSTON & STRAWN LLP
25

26                                      By:_____/s/_____
                                            THOMAS C. MAVRAKAKIS
27                                          Attorneys for Defendant
                                            DELL INC.
28

## SUPPORTING DECLARATION OF ROBERT F. McCAULEY

I, Robert F. McCauley, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and a partner of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., attorneys of record for InterVideo in the above-identified matter. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently thereto.

2. The factual representations in the above stipulation are true to the best of my knowledge and belief. Counsel for Dell has concurred in the filing of this document.

3. This case was originally assigned to Magistrate Judge James. When the case was reassigned to Judge Wilken, the CMC was continued from December 15 to 16, 2005. The parties also stipulated to granting Dell additional time to respond to InterVideo's complaint. There have been no other time modifications in this case.

4. Because the Court has yet to set a case schedule beyond the CMC, this request to continue the CMC will not alter any scheduled dates beyond the CMC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed in Palo Alto, California, on November 16, 2005.

/s/
ROBERT F. McCAULEY

## ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT the Case Management Conference in this action is continued to January 13, 2006.

11/22/05          /s/ CLAUDIA WILKEN

HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT