Robert F. McCauley, Esq. (State Bar No. 162056)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone:     (650) 849-6600
Facsimile:      (650) 849-6666

Roger D. Taylor, Esq., *pro hac vice*
Esther H. Lim, Esq., *pro hac vice*
Joseph E. Palys, Esq., *pro hac vice*
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue
Washington, D.C.  20001-4413
Telephone:     (202) 408-4000
Facsimile:      (202) 408-4400

Attorneys for Plaintiff
INTERVIDEO DIGITAL
TECHNOLOGY CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INTERVIDEO DIGITAL TECHNOLOGY CORPORATION,<br><br>              Plaintiff and Counter-defendant<br><br>       v.<br><br>DELL, INC.,<br><br>              Defendant and Counter-claimant. | CASE NO. C 05-03317 CW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER** |

The Court has stayed this action pursuant to 28 U.S.C. § 1659 until the resolution of United States International Trade Commission Investigation No. 377-TA-588.  (Dkt. No. 45.)  The Court has scheduled a Case Management Conference ("CMC") in this case on December 8, 2006.  Counsel for the parties stipulate that, with the Court's permission, the CMC be continued until Friday, January 12, at 1:30 p.m., or to a later date convenient for the Court, for the following reasons:

1. Counsel for Plaintiff InterVideo Digital Technology Corporation will be traveling and unavailable on December 8, 2006; and

2. Because the ITC investigation has not yet resolved, the parties suggest that the Court not hold a CMC in December and instead simply continue the CMC to a later date as the Court did with the CMC it had scheduled for September 2006.  (Dkt. No. 47, continuing September CMC to December without a hearing.)

By his signature below, counsel for Plaintiff attests that counsel for Defendant Dell, Inc. concurred in the filing of this document.

Dated: November 21, 2006                FINNEGAN, HENDERSON, FARABOW,
                                          GARRETT & DUNNER, L.L.P.


                                        By:_____/s/_____
                                           ROBERT F. McCAULEY
                                           Attorneys for Plaintiff
                                           INTERVIDEO DIGITAL TECHNOLOGY
                                           CORPORATION

Dated: November 21, 2006                WINSTON & STRAWN LLP


                                        By:_____/s/_____
                                           MARK K. DICKSON
                                           Attorneys for Defendant
                                           DELL INC.

**ORDER**

The Court orders that the Case Management Conference in this action be continued from December 8, 2006, to January 12, 2007, at 1:30 p.m.

ORDERED this 28th day of November, 2006.

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT