Robert F. McCauley, Esq. (State Bar No. 162056)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone:   (650) 849-6600
Facsimile:    (650) 849-6666

Roger D. Taylor, Esq., *pro hac vice*
Esther H. Lim, Esq., *pro hac vice*
Joseph E. Palys, Esq., *pro hac vice*
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue
Washington, D.C. 20001-4413
Telephone:   (202) 408-4000
Facsimile:    (202) 408-4400

Attorneys for Plaintiff
INTERVIDEO DIGITAL
TECHNOLOGY CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INTERVIDEO DIGITAL TECHNOLOGY CORPORATION,<br><br>            Plaintiff and Counter-defendant<br><br>       v.<br><br>DELL, INC.,<br><br>            Defendant and Counter-claimant. | CASE NO. C 05-03317 CW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE IN VIEW OF STAY OF THIS ACTION; [PROPOSED] ORDER** |

1   The Court has stayed this action pursuant to 28 U.S.C. § 1659 until the resolution of United

2   States International Trade Commission Investigation No. 377-TA-588.  (Dkt. No. 45.)  The parties

3   do not expect a resolution of the ITC investigation for at least 6-9 months.

4   In view of this Court's stay of this action, the Court has previously continued Case

5   Management Conferences ("CMCs") prior to the scheduled dates of the conferences.  The Court has

6   scheduled a CMC in this case for January 12, 2006.[1]  Under the circumstances counsel for the parties

7   stipulate that, with the Court's permission, the CMC be continued nine months to September 2007

8   without prejudice to any party to request an earlier CMC or move to lift this Court's stay if events at

9   the ITC warrant such a request.

10  By his signature below, counsel for Plaintiff attests that counsel for Defendant concurred in

11  the filing of this document.

12  Dated: January 4, 2007          FINNEGAN, HENDERSON, FARABOW,
                                      GARRETT & DUNNER, L.L.P.
13

14

15                                  By:_____/s/_____
                                        ROBERT F. McCAULEY
16                                      Attorneys for Plaintiff
                                        INTERVIDEO DIGITAL TECHNOLOGY
17                                      CORPORATION

18
    Dated: January 4, 2007          WINSTON & STRAWN LLP
19

20                                  By:_____/s/_____
                                        MARK K. DICKSON
21                                      Attorneys for Defendant
                                        DELL INC.
22

23  _____

24  [1] On January 3, 2007, counsel for Plaintiff advised the Court's Deputy Clerk regarding the
    circumstances explained herein and was told that it would be appropriate to submit a stipulation to
25  continue the January 2007 CMC, as has been done previously.

26

27

28                                      2                          STIPULATION TO CONTINUE CMC
                                                                   Case No. C 05-03317 CW

**[PROPOSED] ORDER**

The Court orders that the Case Management Conference in this action be continued from January 12, 2007, to [___September 7, 2007_____] at 1:30 p.m.

ORDERED this __8th__ day of __January_____, ~~2006~~ 2007.

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT