Robert F. McCauley, Esq. (State Bar No. 162056)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone:     (650) 849-6600
Facsimile:      (650) 849-6666

Roger D. Taylor, Esq., *pro hac vice*
Esther H. Lim, Esq., *pro hac vice*
Joseph E. Palys, Esq., *pro hac vice*
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue
Washington, D.C.  20001-4413
Telephone:     (202) 408-4000
Facsimile:      (202) 408-4400

Attorneys for Plaintiff
INTERVIDEO DIGITAL
TECHNOLOGY CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INTERVIDEO DIGITAL TECHNOLOGY CORPORATION,<br><br>            Plaintiff and Counter-defendant<br><br>       v.<br><br>DELL, INC.,<br><br>            Defendant and Counter-claimant. | CASE NO. C 05-03317 CW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE IN VIEW OF STAY OF THIS ACTION; ORDER** |

1   The Court has stayed this action pursuant to 28 U.S.C. § 1659 until the resolution of United

2   States International Trade Commission Investigation No. 377-TA-588, ordering the parties to notify

3   the Court within ten days of the final resolution of the ITC Investigation.  (Dkt. No. 45.)  The parties

4   do not expect a resolution of the ITC investigation for at least 6-9 months.

5   In view of this Court's stay of this action, the Court has previously continued Case

6   Management Conferences ("CMCs") prior to the scheduled dates of the conferences.  The Court has

7   scheduled a CMC in this case for September 7, 2007.  Under the circumstances counsel for the

8   parties stipulate that, with the Court's permission, the CMC be continued nine months to June 2008

9   without prejudice to any party to request an earlier CMC or move to lift this Court's stay if events at

10  the ITC warrant such a request.

11  By his signature below, counsel for Plaintiff attests that counsel for Defendant concurred in

12  the filing of this document.

13  Dated: August 21, 2007           FINNEGAN, HENDERSON, FARABOW,
                                       GARRETT & DUNNER, L.L.P.
14

15

16                                     By:_____/s/_____
                                           ROBERT F. McCAULEY
17                                         Attorneys for Plaintiff
                                           INTERVIDEO DIGITAL TECHNOLOGY
18                                         CORPORATION

19
    Dated: August 21, 2007           WINSTON & STRAWN LLP
20

21
                                       By:_____/s/_____
22                                         MARK K. DICKSON
                                           Attorneys for Defendant
23                                         DELL INC.

24

25

26

27

28                                  2                    STIPULATION TO CONTINUE CMC
                                                         Case No. C 05-03317 CW

**ORDER**

The Court orders that the Case Management Conference in this action be continued from September 7, 2007, to **June 17, 2008, at 2:00 p.m.**

ORDERED this 24th day of August, 2007.



_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT