1  Robert F. McCauley, Esq. (State Bar No. 162056)
   FINNEGAN, HENDERSON, FARABOW,
2    GARRETT & DUNNER, L.L.P.
   Stanford Research Park
3  3300 Hillview Avenue
   Palo Alto, California  94304-1203
4  Telephone:     (650) 849-6600
   Facsimile:     (650) 849-6666
5
   Roger D. Taylor, Esq., *pro hac vice*
6  Esther H. Lim, Esq., *pro hac vice*
   Joseph E. Palys, Esq., *pro hac vice*
7  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
8  901 New York Avenue
   Washington, D.C.  20001-4413
9  Telephone:     (202) 408-4000
   Facsimile:     (202) 408-4400
10
11 Attorneys for Plaintiff
   INTERVIDEO DIGITAL
12 TECHNOLOGY CORPORATION,
   now known as COREL TW CORPORATION
13

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INTERVIDEO DIGITAL TECHNOLOGY CORPORATION,<br><br>             Plaintiff and Counter-defendant<br><br>       v.<br><br>DELL INC.,<br><br>             Defendant and Counter-claimant. | CASE NO. C 05-03317 CW<br><br>**ORDER GRANTING AS MODIFIED STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1    With the Court's permission, the parties to this action hereby stipulate that the Case Management Conference ("CMC") in this action, currently scheduled for Tuesday, June 17, 2008, be continued until Tuesday, July 29, 2008.

This matter was ordered related to *Corel TW Corporation v. Cyberlink Corporation, et al.* (C 08-02146), and CMCs for both cases are scheduled for June 17, 2008.  However, counsel for plaintiff, Robert F. McCauley, has a family vacation planned from June 16-27, 2008, and asked the defendants in both actions to stipulate to continue the CMCs in both cases to July 1, 2008.  As it turns out, however, the only date in July on which counsel for all parties in the related cases are available is July 29.  Given that this case is stayed pending an ITC investigation, and that the related *Corel v. Cyberlink* case was only filed on April 24, 2008, counsel for all parties respectfully submit that the requested continuance will not substantially delay the prosecution or disposition of either case on its merits.

Accordingly, the parties stipulate and request that the CMC currently scheduled for June 17, 2008, be rescheduled to July 29, 2008.  The parties further understand and stipulate that, in the event this stipulation is granted, then the various pre-CMC dates for meeting and conferring and preparing a Joint CMC Statement will be correspondingly be continued as well.

By his signature below, counsel for plaintiff attests that counsel for defendant concurred in the filing of this document.

So stipulated:

Dated: June 2, 2008                    FINNEGAN, HENDERSON, FARABOW,
                                       GARRETT & DUNNER, L.L.P.


                                       By:_____/s/_____
                                           ROBERT F. McCAULEY
                                           Attorneys for Plaintiff
                                           INTERVIDEO DIGITAL TECHNOLOGY
                                           CORPORATION now known as COREL TW
                                           CORPORATION

1  Dated: June 2, 2008                              WINSTON & STRAWN LLP

2

3                                                   By:  _____/s/_____
                                                       MARK K. DICKSON
4                                                      Attorneys for Defendant
                                                       DELL INC.
5

6                                                **ORDER**

7       PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT the Case Management

8  Conference in this action is continued to <mark>August 5, 2008</mark>, at 2:00 p.m.

9                                                   [signature]

10                                                  _____
                                                    HONORABLE CLAUDIA WILKEN
11                                                  UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28