Robert F. McCauley, Esq. (State Bar No. 162056)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone:     (650) 849-6600
Facsimile:      (650) 849-6666

Roger D. Taylor, Esq., *pro hac vice*
Esther H. Lim, Esq., *pro hac vice*
Joseph E. Palys, Esq., *pro hac vice*
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue
Washington, D.C.  20001-4413
Telephone:     (202) 408-4000
Facsimile:      (202) 408-4400

Attorneys for Plaintiff
INTERVIDEO DIGITAL
TECHNOLOGY CORPORATION,
now known as COREL TW CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INTERVIDEO DIGITAL TECHNOLOGY CORPORATION,<br><br>                    Plaintiff and Counter-defendant<br><br>          v.<br><br>DELL, INC.,<br><br>                    Defendant and Counter-claimant. | CASE NO. C 05-03317 CW<br><br>**STIPULATION TO CONTINUE CMC IN VIEW OF SETTLEMENT DISCUSSIONS;  ORDER AS MODIFIED** |

1  As a result of recent discussions between the parties regarding potential settlement and
2  dismissal of this action, Plaintiff InterVideo Digital Technology Corporation, now known as Corel
3  TW Corporation , and Defendant Dell, Inc. hereby stipulate that, with the Court's permission the
4  **Case Management Conference ("CMC") currently scheduled in this case for August 5, 2008,**
5  **be continued until September 16, 2008, at 1:30 p.m.**  The parties respectfully request that their
6  date to submit a joint CMC statement also be continued to September 9, 2008.
7  The parties further remind the Court that this case was stayed at an early stage pursuant to 28
8  U.S.C. § 1659 until the resolution of United States International Trade Commission ("ITC")
9  Investigation No. 377-TA-588.  The ITC terminated that investigation on May 30, 2008.   If this case
10 does not settle before the next CMC, the parties anticipate recommending that the Court lift that stay.
11 By his signature below, counsel for Plaintiff attests that counsel for Defendant concurred in
12 the filing of this document.

13 Dated: July 28, 2008                    FINNEGAN, HENDERSON, FARABOW,
                                             GARRETT & DUNNER, L.L.P.

15                                           By:_____/s/_____
                                                ROBERT F. McCAULEY
16                                              Attorneys for Plaintiff
                                                INTERVIDEO DIGITAL TECHNOLOGY
17                                              CORPORATION, now known as COREL TW
                                                CORPORATION

19 Dated: July 28, 2008                    BAKER BOTTS, LLP

20                                           By:_____/s/_____
                                                ROGER FULGHUM
21                                              Attorneys for Defendant
                                                DELL INC.

                                                            STIPULATION TO CONTINUE CMC
                                      2                     Case No. C 05-03317 CW

**ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.  **THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO SEPTEMBER 16, 2008, AT 2:00 P.M.**

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT