1  Robert F. McCauley, Esq. (State Bar No. 162056)
   FINNEGAN, HENDERSON, FARABOW,
2    GARRETT & DUNNER, L.L.P.
   Stanford Research Park
3  3300 Hillview Avenue
   Palo Alto, California  94304-1203
4  Telephone:     (650) 849-6600
   Facsimile:      (650) 849-6666
5
   Roger D. Taylor, Esq., *pro hac vice*
6  Esther H. Lim, Esq., *pro hac vice*
   Joseph E. Palys, Esq., *pro hac vice*
7  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
8  901 New York Avenue
   Washington, D.C.  20001-4413
9  Telephone:     (202) 408-4000
   Facsimile:      (202) 408-4400
10

11 Attorneys for Plaintiff
   INTERVIDEO DIGITAL
12 TECHNOLOGY CORPORATION,
   now known as COREL TW CORPORATION
13

14
                UNITED STATES DISTRICT COURT
15
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
16
                        OAKLAND DIVISION
17

18
   INTERVIDEO DIGITAL                  CASE NO. C 05-03317 CW
19 TECHNOLOGY CORPORATION,
                                       **STIPULATION TO CONTINUE CMC
20             Plaintiff and Counter-  IN VIEW OF SETTLEMENT
               defendant               DISCUSSIONS;  ORDER AS
21                                     MODIFIED**
         v.
22

23 DELL, INC.,

24             Defendant and Counter-
               claimant.
25

26

27
                                              STIPULATION TO CONTINUE CMC
28                        1                   Case No. C 05-03317 CW

As a result of ongoing and earnest discussions between the parties regarding potential settlement and dismissal of this action, Plaintiff InterVideo Digital Technology Corporation, now known as Corel TW Corporation , and Defendant Dell, Inc. hereby stipulate that, with the Court's permission, the **Case Management Conference currently scheduled in this case for September 16, 2008, be continued 45 to 90 days, at the Court's convenience.**

By his signature below, counsel for Plaintiff attests that counsel for Defendant concurred in the filing of this document.

Dated: September 9, 2008   FINNEGAN, HENDERSON, FARABOW,
                              GARRETT & DUNNER, L.L.P.


                           By:_____/s/_____
                              ROBERT F. McCAULEY
                              Attorneys for Plaintiff
                              INTERVIDEO DIGITAL TECHNOLOGY
                              CORPORATION, now known as COREL TW
                              CORPORATION

Dated: September 9, 2008              BAKER BOTTS, LLP

                           By:_____/s/_____
                              ROGER FULGHUM
                              Attorneys for Defendant
                              DELL INC.

### ORDER

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, the Case Management Conference in this action currently scheduled for September 16, 2008, is continued until **November 18, 2008**, at 2:00 p.m., and the parties are ordered to file a joint case management conference statement one week before that date.

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT