Robert F. McCauley, Esq. (State Bar No. 162056)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone:    (650) 849-6600
Facsimile:     (650) 849-6666

Roger D. Taylor, Esq., *pro hac vice*
Esther H. Lim, Esq., *pro hac vice*
Joseph E. Palys, Esq., *pro hac vice*
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue
Washington, D.C.  20001-4413
Telephone:    (202) 408-4000
Facsimile:     (202) 408-4400

Attorneys for Plaintiff
INTERVIDEO DIGITAL
TECHNOLOGY CORPORATION,
now known as COREL TW CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| INTERVIDEO DIGITAL TECHNOLOGY CORPORATION,<br><br>          Plaintiff and Counter-defendant<br><br>          v.<br><br>DELL, INC.,<br><br>          Defendant and Counter-claimant. | CASE NO. C 05-03317 CW<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1   PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),
2   Plaintiff INTERVIDEO DIGITAL TECHNOLOGY CORPORATION, now known as Corel TW
3   Corporation, and Defendant DELL, INC. (all parties) hereby stipulate to voluntarily dismiss the
4   Complaint in the above-captioned action without prejudice.
5   As provided in Rule 41(a)(1)(A), this stipulation of dismissal without prejudice will be
6   effective upon filing, without the need for a Court order.
7   By his signature below, counsel for Plaintiff attests that counsel for Defendant concurred in
8   the filing of this document.

11  Dated: September 29, 2008          FINNEGAN, HENDERSON, FARABOW,
                                          GARRETT & DUNNER, L.L.P.

13                                     By:_____/s/_____
                                          ROBERT F. McCAULEY
14                                        Attorneys for Plaintiff
                                          INTERVIDEO DIGITAL TECHNOLOGY
15                                        CORPORATION, now known as COREL TW
                                          CORPORATION

17  Dated: September 29, 2008          BAKER BOTTS, LLP

18                                     By:_____/s/_____
                                          ROGER FULGHUM
19                                        Attorneys for Defendant
                                          DELL INC.

IT IS SO ORDERED
[signature]
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

STIPULATION OF VOLUNTARY DISMISSAL
Case No. C 05-03317 CW